**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | Case No: 20 CR 261-1 |
| v. | ) | |
| | ) | Magistrate Judge: Gabriel A. Fuentes |
| Johnnie L Lee | ) | |

**ORDER**

The Government's prior sealed motion to dismiss the complaint without prejudice (doc. #1), pursuant to Federal Rule of Criminal Procedure 48(a) (doc. #9) having been granted on 9/04/20 (doc. # 10), the case is hereby dismissed without prejudice. Case terminated.

Date: June 22, 2022

/s/ _____
GABRIEL A. FUENTES
UNITED STATES MAGISTRATE JUDGE